173 A.3d 598

MICHAEL TOMPKINS, PLAINTIFF–PETITIONER, v. JOHN SCOTT THOMSON, LOUIS VEGA, CHRISTINE JONES–TUCKER, CITY OF CAMDEN, CAMDEN COUNTY PROSECUTOR, DEFENDANTS–RESPONDENTS, AND ARTURO VENEGAS AND STATE OF NEW JERSEY, DEFENDANTS.

C–298 September Term 2017
079750

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003676–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.